PETER G. DAVIDSON et al., Respondents, v STRAIGHT LINE CONTRACTORS, INC., Respondent, and KARLA GERRIE, Appellant, et al., Defendant. (Appeal No. 2.) [903 NYS2d 766]—Appeal from an amended order of the Supreme Court, Monroe County (David Michael Barry, J.), entered July 17, 2009. The amended order denied the motion of defendant Karla Gerrie for leave to reargue and vacatur of the default judgment entered against her.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Davidson v Straight Line Contrs., Inc.* (75 AD3d 1143 [2010] [decided herewith]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Pine, JJ.